# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**WESLEY WILLIAM WERLE,**

    **Plaintiff,**

v.                                                                                                       Case No: 5:15-cv-562-Oc-37PRL

**NANCY D. HAASE and UNITED STATES OF AMERICA**

    **Defendants.**

## ORDER

This Federal Tort Claims action is before the Court for consideration of Defendant United States' unopposed motion to extend time to serve expert depositions. (Doc. 29). Defendant requests an extension of 60 days, until May 1, 2017, within which to serve its expert reports, on the grounds that additional time is needed for its experts to consider previously undisclosed information relevant to Plaintiff's medical treatment. Defendant also requests a corresponding extension of the discovery deadline to May 17, 2017. Defendant represents that it does not expect these extensions to impact the other deadlines in the case, including the September 2017 trial date.

Accordingly, upon due consideration, Defendant's motion (Doc. 29) is **GRANTED**. The deadline for serving Defendants' expert reports is extended until May 1, 2017, and the discovery deadline is extended until May 17, 2017. All other deadlines in the Case Management and Scheduling Order (Doc. 18) shall remain undisturbed.

**DONE** and **ORDERED** in Ocala, Florida on March 2, 2017.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties